### No. 2053
### Second Circuit Appeal

---

## H. H. HUCKABY v. A. D. LAMBERT & CO.

---

(Jan. 19, 1925, Opinion and Decree.)

---

(*Syllabus by the Editor.*)

1. **Louisiana Digest—Pleading—Par. 63.**
A plea of prescription filed in the appellate court is sustained where the evidence clearly shows the claim prescribed.

Appeal from the Thirteenth Judicial District Court of Louisiana, Parish of Rapides. Hon. J. A. Williams, Judge.

REYNOLDS, J.

Action on open account proved up and judgment by default. Defendant appealed and filed plea of prescription in this court.

Judgment reversed and case remanded.

Geo. J. Ginsberg, of Alexandria, attorney for plaintiff, appellee.

Gus A. Voltz, of Alexandria, attorney for defendant, appellant.

In this case the plaintiff sued on an open account and obtained judgment in the District Court on default.

Defendant appealed and in this court filed a plea of prescription of three years.

Citation in the case was served July 18, 1923.

The last item charged on the account is November 27, 1919.

The prescription of three years must be sustained.

No motion has been filed in this court, asking that this case be remanded to show an interruption of prescription as allowed by Article 902 C. P. under Rothe vs. Hebert, 21 La. Ann. 238, the plea of prescription must be sustained.

It is therefore ordered that the Judgment appealed from be reversed and that there be judgment in favor of the defendant with cost in both courts.